IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj55-SRW |
| | ) | |
| JULIAN PATRICK ROBINSON | ) | |

## **ORDER**

Due to a conflict in the court's schedule, and the defendant having no objection, it is

ORDERED that the detention hearing previously scheduled for June 12, 2007 be and

hereby is **re-scheduled for June 13, 2007 at 2:00 p.m.** in courtroom 5-B, Frank M. Johnson,

Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 8th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE