## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07mj55-SRW** |
| | **)** | |
| **JULIAN P. ROBINSON** | **)** | |

### NOTICE OF APPEARANCE

     **COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on

behalf of Defendant, **JULIAN P. ROBINSON,** in the above-styled case.

     Dated this 8th day of June 2007.


                  Respectfully submitted,

                  s/ Kevin L. Butler
                  KEVIN L. BUTLER
                  First Assistant Federal Defender
                  201 Monroe Street, Suite 407
                  Montgomery, Alabama 36104
                  Phone: (334) 834-2099
                  Fax: (334) 834-0353
                  E-mail: kevin_butler@fd.org
                  AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07mj55-SRW** |
| | **)** | |
| **JULIAN P. ROBINSON** | **)** | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                        Respectfully submitted,

                        s/ Kevin L. Butler
                        KEVIN L. BUTLER
                        First Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail: kevin_butler@fd.org
                        AZ Bar Code: 014138