IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
         v.                 )    CR. NO.   2:07mj55-SRW
                            )
JULIAN PATRICK ROBINSON     )

**GOVERNMENT'S MEMORANDUM ON REMOVAL PURSUANT TO RULE 5,
FEDERAL RULES OF CRIMINAL PROCEDURE**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and in support of the removal of the above-named

defendant without a detention hearing, the following is submitted:

1.    Julian Patrick Robinson, defendant herein, was indicted in the Southern District of

Illinois on April 19, 2007.  Defendant was arrested pursuant to warrant for arrest in this district and

had his initial appearance pursuant to Rule 5, Federal Rules of Criminal Procedure, on June 5, 2007.

2.    Pursuant to Rule 5(c)(3)(A), the defendant was advised of the provisions of Rule 20.

As previously stated, he was arrested pursuant to a warrant.  Defendant is not entitled to a

preliminary hearing since he has been indicted.

3.    The question now before the court is the decision of whether or not the defendant is

entitled to a detention hearing in this district or must be returned to the district of indictment for a

detention hearing.

4.    The United States submits that Rule 5(c)(3)(D) provides that the magistrate judge

must transfer the defendant to the district where the offense was allegedly committed...  However,

the undersigned has talked with Assistant United Stats Attorney Cris Moore from the Southern

District of Illinois who does not object to the defendant being allowed to be released on bond and

given a date to surrender in that district.

      Respectfully submitted on this 8th day of June 2007.

                        LEURA G. CANARY
                        UNITED STATES ATTORNEY


                        /s/Kent B. Brunson
                        KENT B. BRUNSON
                        One Court Square, Suite 201
                        Montgomery, AL 36104
                        Phone: (334)223-7280
                        Fax: (334)223-7135
                        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                       )
      v.                   )      CR. NO.  2:07mj55-SRW
                       )
JULIAN PATRICK ROBINSON    )

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the following: Kevin

Butler, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: kent.brunson@usdoj.gov